IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-30864
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

JOAN M. PALMER,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. C-94-2519-B
- - - - - - - - - -
April 5, 1996
Before WIENER, PARKER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Joan M. Palmer argues that she was not competent to stand trial and that the district court erred in failing to hold an evidentiary hearing to determine her competency. Palmer also argues that she was denied the effective assistance of trial counsel.

We have considered the briefs of both parties and the record. The record reflects that Palmer had the ability to understand the proceeding against her and to assist her counsel

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

in presenting a defense.  The record does not raise a bona fide question with respect to Palmer's competency during the criminal proceedings.  Thus, the district court did not err in determining that Palmer was competent to stand trial and in denying her request for an evidentiary hearing.  See United States v. Faubion, 19 F.3d 226, 230 (5th Cir. 1994); Pate v. Robinson, 383 U.S. 375, 385 (1966).

Palmer also failed to demonstrate that her trial counsel provided her with ineffective assistance.  See Strickland v. Washington, 466 U.S. 668, 678 (1984).

AFFIRMED.